AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY RAMOND BUSTER<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:20MJ31<br>)<br>)<br>)<br>) |

**FILED FEB 27 2020 CLERK, U.S. DISTRICT COURT RICHMOND, VA**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 22, 2019  in the county of  City of Richmond  in the
Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Heather Hart Mansfield

_____
*Complainant's signature*
Rahmel J. Logan, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 27, 2020

_____
/s/ *Judge's signature*

City and state:  Richmond, Virginia

Roderick C. Young, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rahmel J. Logan, Detective with the Henrico County Police Department (HCPD) and Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), Richmond Division, United States Department of Justice, being duly sworn, do depose and state as follows:

1. I have been deputized as a Special Deputy United States Marshal and have been assigned as TFO with the FBI since 2012. I am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations of and make arrests for offenses enumerated in 18 U.S.C. § 2516. I was hired by the Richmond Police Department (RPD) in May of 1997, and served as a Uniformed Officer and as a Narcotics Detective until January of 2006. While employed with RPD, I preformed various assignments, to include various levels of drug enforcement and undercover operations. Since January of 2006, I have been employed with the HCPD and have served as a Uniformed Officer and Detective. In 2009, I was assigned to the Organized Crime Section, which is tasked with investigating various forms of criminal organizations, to include those involved in the selling and/or distribution of narcotics. In 2015, I was transferred to the HCPD's CASE Unit, assigned to the GIT. Additionally, I am a TFO assigned to the FBI Richmond Area Violent Enterprises (RAVE) Task Force. Over the course of my law enforcement career, I have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, undercover agents, Title III wiretaps, confidential informants and cooperating witnesses, the controlled purchases of illegal narcotics/controlled substances, electronic surveillance, consensually monitored recordings, investigative interviews, mail covers, trash searches, financial investigations, the service of administrative and grand jury Subpoenas, and the execution of search and arrest warrants.

2. I have attended classes and/or courses conducted by the FBI, RPD, HCPD and other training organizations pertaining to the conduct of persons and/or groups who are involved in various criminal activities to include drug trafficking. Over the course of my career I have had the

opportunity to serve various roles in the investigation of subjects involved in narcotic related activity. Some of these investigations have resulted in the arrest, and the recovery of illegal narcotics and other items that could be consider paraphernalia and/or fruits of the criminal activity. I have also served a variety of roles, in searches of residences related to subjects involved in various levels of drug activity for evidence of criminal activity. The result of some of these investigations has led to your affiant testifying in courts in Richmond, Henrico and the United States District Court of the Eastern District of Virginia (EDVA). As a result of my training and experience, I am familiar with how various controlled substances are used, and the typical distribution and/or trafficking patterns utilized by drug dealers and/or traffickers.

## Probable Cause

3. On September 22, 2019, RPD officers responded to 2136 Creighton Road, Richmond, VA, 23223, in reference to an assault and possible shooting. As officers arrived on scene, Officer Wilson observed a black male wearing a black shirt with colors and dark pants walking away from the area. Officer Wilson informed assisting officers to keep an eye on the subject, as he tried to obtain additional information from the victim (hereinafter "V1"). Officer Tyree-Williams and Officer Wilson contacted V1 and another individual (hereinafter "W1") at the residence. Officer Wilson immediately inquired into the description of the subject. W1 and V1 did not provide a name, but W1 provided a brief clothing description for the subject, which she identified as a black shirt.

4. Officer Wilson exited the residence, where he observed the subject, later identified as ANTHONY RAMOND BUSTER, a significant distance from his location. From his position, Officer Wilson observed ANTHONY BUSTER in possession of a black bag. As Officer Wilson moved toward ANTHONY BUSTER, he observed him place the black bag down on the ground and remove his black shirt, which exposed a white tank top. Officer Wilson tried to notify assigning officers, but the communication by Officer Wilson alerted ANTHONY BUSTER, which prompted BUSTER to flee. Officers relayed BUSTER's actions to other assisting RPD officers who quickly established a perimeter in the area.

2

5. While RPD officers were attempting to locate ANTHONY BUSTER, Officer Tyree-Williams conducted her interview of V1 and W1. V1 advised she had gotten into an argument with her boyfriend of three years, who police were able to later identify as ANTHONY BUSTER. V1 wanted her boyfriend to leave the residence, but the situation escalated. According to V1, ANTHONY BUSTER shoved a baby, prior to punching her in the face. After the incident, ANTHONY BUSTER left the residence, but once outside V1 heard a pop, which sounded like a gunshot. She was unable to attribute the pop to ANTHONY BUSTER, nor could she advise if he had a firearm. During the officer's interaction with V1, she became uncooperative, refusing to provide ANTHONY BUSTER's name or any identifying information for BUSTER, nor was she interested in pressing charges for assault. At the conclusion of the interview, Officer Tyree-Williams assisted in the search for ANTHONY BUSTER.

6. While searching the area, RPD officers observed a male wearing a white tank top and a black fanny pack. Officers Tyree-Williams and Wilson responded to the area of the subject. They tried to conduct a consensual encounter on the subject (ANTHONY BUSTER). As their vehicle approached ANTHONY BUSTER, he began to walk across the street. Officer Wilson exited his vehicle and asked to speak with ANTHONY BUSTER, who took off running. After a short foot pursuit, ANTHONY BUSTER fell to the ground, where he was apprehended by RPD officers. As they were attempting to secure him, ANTHONY BUSTER referenced a fanny pack that was located around his body. Officers removed the fanny pack from BUSTER's person by cutting the strap. Officer Tyree-Williams quickly took possession of the fanny pack and determined it was hard to the touch, the fanny pack was opened where a Ruger P95 9mm (serial number 3183373), along with 150 rounds of ammunition was located.

7. Prior to September 22, 2019, ANTHONY BUSTER was convicted in the City of Richmond on multiple felonies to include the following:

- 05/10/2007 – Possession of Cocaine with the Intent to Distribute
- 12/07/2007 – Possession of Firearm while in Possession of Cocaine
- 12/07/2007 – Possession of a Firearm by a Felon

- 12/07/2007 – Possession of Cocaine
- 10/20/2011 - Larceny from a Person (Felony)

8. A review of the Trial and Sentencing Order from the Circuit Court of the City of Richmond in case CR07-F-6239 reflects that on December 7, 2007, the defendant was present and pled guilty to Possession of a Firearm by a Felon, among other charges. He was sentenced to two years' imprisonment for that conviction.

9. The Ruger 9mm firearm recovered from the defendant was not manufactured in Virginia and therefore, traveled in interstate commerce prior to September 22, 2019.

10. Based on the foregoing, your affiant states that there is probable cause to believe that on September 22, 2019, the defendant, ANTHONY RAMON BUSTER, was in Possession of a Firearm as a Convicted Felon, in violation of Title 18 U.S.C. § 922(g)(1).

Rahmel J. Logan
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence the 27th day of February, 2020.

/s/
Roderick C. Young
United States Magistrate Judge

4